AO 245B    (Rev. 09/11) Judgment in a Criminal Case
           Sheet 1

# UNITED STATES DISTRICT COURT
### District of Columbia

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|---|
| v. | ) | |
| GINA M. ADAMS | ) | Case Number: 14-161 (CKK) |
| | ) | USM Number: 33457-016 |
| | ) | J. Dennis Murphy, Jr. and Warren Duryea Price |
| | ) | Defendant's Attorney |

**FILED DEC 2 3 2014**
Clerk, U.S. District & Bankruptcy Courts for the District of Columbia

**THE DEFENDANT:**

☑ pleaded guilty to count(s)  One (1) of the Information

☐ pleaded nolo contendere to count(s) _____
    which was accepted by the court.

☐ was found guilty on count(s) _____
    after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC § 1001 | Making a False Statement | March 20, 2014 | 1 |

     The defendant is sentenced as provided in pages 2 through __5__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

     It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

December 17, 2014
Date of Imposition of Judgment

_Colleen Kollar-Kotelly_ (signature)
Signature of Judge

Colleen Kollar-Kotelly      U.S. District Judge
Name and Title of Judge

12/23/14
Date

(N)

DEFENDANT   GINA M ADAMS
CASE NUMBER   14-161 (CKK)

# PROBATION

The defendant is hereby sentenced to probation for a term of

Forty-eight (48) Months on Count One (1) of the Information

The defendant shall not commit another federal, state or local crime

The defendant shall not unlawfully possess a controlled substance   The defendant shall refrain from any unlawful use of a controlled substance   The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as determined by the court

☐   The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse   *(Check if applicable)*

☑   The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon   *(Check if applicable)*

☑   The defendant shall cooperate in the collection of DNA as directed by the probation officer   *(Check if applicable)*

☐   The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U S C § 16901, *et seq*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense   *(Check if applicable)*

☐   The defendant shall participate in an approved program for domestic violence   *(Check if applicable)*

If this judgment imposes a fine or restitution, it is a condition of probation that the defendant pay in accordance with the Schedule of Payments sheet of this judgment

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer,

2) the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer,

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer,

4) the defendant shall support his or her dependents and meet other family responsibilities,

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons,

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment,

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician,

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered,

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer,

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer,

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer,

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court, and

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement

DEFENDANT   GINA M ADAMS
CASE NUMBER   14-161 (CKK)

## SPECIAL CONDITIONS OF SUPERVISION

The Defendant shall provide the Probation Office with your income tax returns, authorization for release of credit information, and information about any business or finances in which you have a control or interest until the restitution obligation is satisfied

The Defendant is prohibited from incurring new credit charges, opening additional lines of credit, or negotiating or consummating any financial contracts without the approval of the Probation Office

The Defendant shall pay the balance of any restitution owed at a rate of no less than $50 each month and provide verification of same to the Probation Office

The Defendant shall contribute 100 hours of community service, over the Two (2) years of probation

The probation office shall release the presentence investigation report to all appropriate agencies in order to execute the sentence of the Court

Judgment — Page 4 of 5

DEFENDANT   GINA M ADAMS
CASE NUMBER   14-161 (CKK)

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6

|        | Assessment | Fine | Restitution |
|--------|-----------|------|-------------|
| TOTALS | $ 100 00  | $    | $ 10,000 00 |

☐ The determination of restitution is deferred until _____ An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination

☑ The defendant must make restitution (including community restitution) to the following payees in the amount listed below

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below   However, pursuant to 18 U S C § 3664(i), all nonfederal victims must be paid before the United States is paid

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---------------|-------------|---------------------|------------------------|
| United States Office of Personnel Management Federal Investigative Services ATTN Integrity Assurance Group 1900 E Street NW, Room 6H31 Washington, DC 20415 |  | $10,000 00 |  |

| TOTALS | $ 0 00 | $ 10,000 00 |
|--------|--------|-------------|

☐ Restitution amount ordered pursuant to plea agreement  $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U S C § 3612(f)  All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U S C § 3612(g)

☑ The court determined that the defendant does not have the ability to pay interest and it is ordered that

☑ the interest requirement is waived for the   ☐ fine   ☑ restitution

☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996

DEFENDANT   GINA M ADAMS
CASE NUMBER   14-161 (CKK)

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows

A ☑ Lump sum payment of $ 100 00 due immediately, balance due

    ☐ not later than _____ , or
    ☐ in accordance   ☐ C,   ☐ D,   ☐ E, or   ☑ F below, or

B ☐ Payment to begin immediately (may be combined with  ☐ C,   ☐ D, or   ☐ F below), or

C ☐ Payment in equal _____ (e g weekly monthly quarterly) installments of $ _____ over a period of _____ (e g months or years), to commence _____ (e g , 30 or 60 days) after the date of this judgment, or

D ☐ Payment in equal _____ (e g weekly monthly quarterly) installments of $ _____ over a period of _____ (e g months or years), to commence _____ (e g 30 or 60 days) after release from imprisonment to a term of supervision, or

E ☐ Payment during the term of supervised release will commence within _____ (e g 30 or 60 days) after release from imprisonment   The court will set the payment plan based on an assessment of the defendant's ability to pay at that time, or

F ☑ Special instructions regarding the payment of criminal monetary penalties

    The Court finds that you do not have the ability to pay a fine and, therefore, waives imposition of a fine in this case   The special assessment and restitution are immediately payable to the Clerk of the Court for the U S District Court, District of Columbia   Within 30 days of any change of address, you shall notify the Clerk of the Court of the change until such time as the financial obligation is paid in full   The Court waives any interest or penalties that may accrue on unpaid balances

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment   All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed

☐ Joint and Several

    Defendant and Co-Defendant Names and Case Numbers *(including defendant number)*, Total Amount, Joint and Several Amount, and corresponding payee, if appropriate

☐ The defendant shall pay the cost of prosecution

☐ The defendant shall pay the following court cost(s)

☐ The defendant shall forfeit the defendant's interest in the following property to the United States

Payments shall be applied in the following order  (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs